ISIDOR COHEN and Others v. ABRAHAM GOLDMAN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

PHILIP MECHLOWITZ and Others v. JOSEPH KRENIK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LEO KANNENGEISSER v. HENRI ISRAELOWITZ.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

BERKO PRINCE v. CLAUSEN FLAGAN BREWERY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JOHN WEIDER v. W. R. GRACE & Co.— Application granted upon plaintiff's filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

NEW YORK AND ALBANY LIGHTERAGE COMPANY v. LAMBERT TRANSPORTATION COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

D., L. & W., INC., v. BENJAMIN ARONOWITZ.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ADOLPH GENEROUS v. SHEPARD & MORSE LUMBER COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

HARRY NATHAN v. FERDINAND STRAUSS, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ALBERT LYONS and Others v. BENJAMIN GOLDBERG and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

NAT LEVINE v. PAUL A. ISLER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WARNER MANUFACTURING COMPANY v. JOSEPH S. JACOBS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

W. M. RITTER FLOORING CORPORATION v. AARON KIRSCH, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MORRIS TALSKY v. ISAAC S. WOLF and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM LEVIN v. NEW ENGLAND CASUALTY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.